UNITED STATES DISTRICT COURT

DISTRICT OF OREGON

PORTLAND DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA | 3:24-cr-00074-AN |
| v. | INFORMATION |
| PAUL DOUGLAS CAREY, | 18 U.S.C. § 641 |
| Defendant. | |

THE UNITED STATES ATTORNEY CHARGES:

**COUNT 1**
**(Theft of Government Funds)**
**(18 U.S.C. § 641)**

Between on or about September 1, 2014, and continuing through on or about November 30, 2022, in the District of Oregon, defendant PAUL DOUGLAS CAREY did knowingly and willfully steal and convert to his own use or the use of another, money of the United States Social Security Administration, a department and agency of the United States, to wit: by receiving Title II benefits payments in an approximate amount of $104.584.00, based on fraudulent representations and concealments;

/ / / / /


/ / / / /


/ / / / /

**Information**  **Page 1**
Revised April 2018

All in violation of Title 18, United States Code, Sections 641.

Dated: February 28, 2024

Respectfully submitted,

NATALIE K. WIGHT
United States Attorney

/s/ Rachel Sowray_____
RACHEL SOWRAY, OSB #095159
Special Assistant United States Attorney